```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 28268
    LATONYA DORSEY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8248


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/21/2008 and was not confirmed.

    The case was dismissed without confirmation 01/26/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------

COUNTRYWIDE HOME LOANS     CURRENT MORTG       .00             .00            .00
DELL FINANCIAL SERVICES    SECURED           200.00            .00            .00
GMAC MORTGAGE              CURRENT MORTG       .00             .00            .00
WEAVER MANAGEMENT          SECURED          2000.00            .00            .00
T MOBILE                   UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           59.18           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          757.71           .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED          350.00           .00            .00
CITY OF HOMETOWN           UNSECURED           50.00           .00            .00
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED           .00            .00
CREDIT UNION 1             UNSECURED          383.14           .00            .00
CREDIT UNION 1             UNSECURED       NOT FILED           .00            .00
DELL FINANCIAL SERVICES    UNSECURED         2025.71           .00            .00
VILLAGE OF ALSIP           UNSECURED       NOT FILED           .00            .00
DR SAID ALBAREEDI          UNSECURED       NOT FILED           .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED        10670.79           .00            .00
SALLIE MAE                 UNSECURED       NOT FILED           .00            .00
SALLIE MAE                 UNSECURED       NOT FILED           .00            .00
SALLIE MAE                 UNSECURED       NOT FILED           .00            .00
SALLIE MAE                 UNSECURED       NOT FILED           .00            .00
SALLIE MAE                 UNSECURED       NOT FILED           .00            .00
TRESSLER SODERSTROM & MA   NOTICE ONLY     NOT FILED           .00            .00
UNIVERSITY OF PHOENIX      UNSECURED       NOT FILED           .00            .00
GMAC MORTGAGE CORP         MORTGAGE NOTI   NOT FILED           .00            .00
FIRST FINANCIAL PORTFOLI   UNSECURED          798.63           .00            .00
COUNTRYWIDE HOME LOANS     SECURED NOT I    6863.39            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,481.50                         81.26
TOM VAUGHN                 TRUSTEE                                            6.30
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        87.56

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 28268 LATONYA DORSEY
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                      81.26
TRUSTEE COMPENSATION                                                 6.30
DEBTOR REFUND                                                         .00
                                    ---------------    ---------------
TOTALS                                        87.56              87.56
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/10/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE